## EXHIBIT "A": NATIONAL UNION POLICIES

| Commercial Umbrella Policy Number | Policy Period |
|---|---|
| BE 932-60-70 | 6/1/97 – 6/1/98 |
| BE 932-17-35 | 6/1/96 – 6/1/97 |
| BE 309-79-28 | 6/1/95 – 6/1/96 |
| BE 309-12-95 | 6/1/94 – 6/1/95 |
| BE 309-12-13 | 6/1/93 – 6/1/94 |
| BE 308-61-75 | 6/1/92 – 6/1/93 |
| BE 308-29-39 | 6/1/91 – 6/1/92 |

Exhibit B

# EXHIBIT B: FIREARMS LITIGATION

| Case Caption | Court |
|---|---|
| The City of Atlanta v. Smith & Wesson Corp., et al. | State Court of Fulton County, State of Georgia<br><br>Court of Appeals of Georgia |
| The City of Boston, The Boston Public Health Commission v. Smith & Wesson Corp., et al. | Commonwealth of Massachusetts, County of Suffolk, The Superior Court |
| Mayor Joseph P. Ganim and The City of Bridgeport v. Smith & Wesson Corp., et al. | Superior Court, Judicial District of Fairfield at Bridgeport<br><br>State of Connecticut<br><br>Supreme Court |
| The City of Camden v. Beretta U.S.A. Corp., et al. | Superior Court of New Jersey, Law Division, Camden County<br><br>United States District Court for the District of New Jersey |
| Camden County Board of Chosen Freeholders v. Beretta, U.S.A. Corp., et al. | United States District Court for the District of New Jersey, Camden Vicinage<br><br>United States Court of Appeals for the Third Circuit |
| Anthony Ceriale, Special Administrator of the Estate of Michael Ceriale, individually and on behalf of a class of similarly situated persons v. Smith & Wesson Corp., et al. | In the Circuit Court of Cook County, Illinois, County Department, Law Division<br><br>In the Appellate Court of Illinois First District- Third Division<br><br>In the Supreme Court of Illinois |

| Case Caption | Court |
|---|---|
| City of Chicago and County of Cook v. Beretta U.S.A. Corp., et al. | In the Circuit Court of Cook County, Illinois, County Department, Chancery Division<br><br>In the Appellate Court of Illinois First Judicial Circuit |
| City of Cincinnati v. Beretta U.S.A. Corp., et al. | Court of Common Pleas, Hamilton County, Ohio, Civil Division<br><br>Supreme Court of Ohio |
| Mayor Michael R. White and The City of Cleveland v. Hi-Point Firearms, et al. | United States District Court for the Northern District of Ohio, Eastern Division |
| Dennis W. Archer, Mayor of the City of Detroit, and City of Detroit, a municipal corporation v. Arms Technology, Inc., et al. | State of Michigan, In the Circuit Court for the County of Wayne<br><br>Court of Appeals, State of Michigan |
| District of Columbia, a municipal corporation, and Bryant Lawson, and James Foster-el, Individually and as a personal representative of the Estate of Helen Foster-el, and Michelle Foster-el, Individually and as a personal representative of the Estate of Helen Foster-el, and Patrick H. Mahoney, Individually and as the legal representative of the Estate of Mary Caitrin Mahoney v. Beretta U.S.A. Corp., et al. | In the Superior Court for the District of Columbia, Civil Division |
| James Foster-el and Michelle Foster-el, Individually and as personal representatives of the Estate of Helen Foster-el v. Beretta U.S.A. Corp., et al. | In the Superior Court for the District of Columbia, Civil Division<br><br>In the United States District Court for Dist. of Columbia |

| Case Caption | Court |
|---|---|
| City of Gary, Indiana, by its Mayor, Scott L. King v. Smith & Wesson Corp., et al. | Lake Superior Court, Civil Division, Room 2, East Chicago:, Indiana<br><br>In the Indiana Court of Appeals |
| Gladys Gerena, Administratrix of the Estate of Shaun Johnson, Deceased, and Individually, Kenneth McLaughlin, III, v. Accu-Tek, et al. | United States District Court, Eastern District of New York |
| Hamilton, et al. v. Accu-Tek, et al. | United States District Court, Eastern District of New York |
| Monalisa Harris, Administratrix of the Estate of Sha'rron Robert Harris, Deceased, and Individually v. American Arms, Inc., et al. | United States District Court, Eastern District of New York |
| City of Jersey City v. Smith & Wesson Corp., et al. | Superior Court of New Jersey, Law Division, Hudson County |
| Thomas Johnson, Sr. Administrator of the Goods, Chattels and Credits Which Were of Thomas Johnson, Jr., Deceased v. Beemiller, Inc. d/b/a Hi-Point Firearms | United States District Court, Eastern District of New York |
| Tara LaCelle, an individual; Kelly Stewart, Mother of Tara LaCelle; and Kyle Miller, an individual v. Shatana Pole, et al. | In the District Court for the First Judicial District of the State of Idaho, In and For the County of Kootenai |
| The People of the State of California, by and through James K. Hahn, City Attorney of the City of Los Angeles, Legrand H. Clegg II, City Attorney of the City of Compton, Charles E. Dickerson III, City Attorney of the City of Inglewood, and Michael Jenkins, City Attorney of the City of West Hollywood; and The General Public by and through Legrand H. Clegg II, City Attorney of the City of Compton, Roosevelt Dorn, Mayor of the City of Inglewood and John Heilman, Mayor of the City of West Hollywood v. Arcadia Machine & Tool, et al. | Superior Court of the State of California, County of San Diego |

11

| Case Caption | Court |
|---|---|
| People of the State of California, *ex rel.* the County of Los Angeles, County of Los Angeles, on behalf of itself and the general public, and Gloria Molina, Zev Yaroslavsky and Yvonne Brathwaite Burke, Supervisors of Los Angeles County, on behalf of the general public v. Arcadia Machine & Tool, et al. | Superior Court of the State of California, County of San Diego |
| Patrick H. Mahoney, Individually, and as legal representative of the Estate of Mary Caitrin Mahoney v. Beretta U.S.A. Corp., et al. | In the Superior Court for the District of Columbia, Civil Division |
| Alexander Penelas, Mayor of Miami-Dade County, and Miami-Dade County, a Political subdivision of the State of Florida v. Arms Technology, Inc., et al. | In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida<br><br>In the District Court of Appeal of Florida, Third District<br><br>In the Supreme Court of Florida |
| National Association for the Advancement of Colored People, NAACP, v. American Arms, Inc., et al. | United States District Court, Eastern District of New York |
| Mayor Marc H. Morial, and The City of New Orleans v. Smith & Wesson Corp., et al. | Civil District Court for the Parish of Orleans, State of Louisiana, Division M<br><br>Supreme Court of Louisiana |
| The City of New York, Rudolph W. Guliani, Mayor of the City of New York, Peter F. Vallone, Speaker of the New York City Council, and The New York City Health and Hospitals Corporation v. B.L., Jennings, Inc., et al. | United States District Court for the Eastern District of New York |
| Mayor Sharpe James, and The City of Newark, New Jersey v. Arcadia Machine & Tool, et al. | Superior Court of New Jersey, Law Division, Essex County<br><br>United States District Court, District of New Jersey<br><br>Superior Court of New Jersey, Appellate Division |
| City of Philadelphia, Guardian Civic League of Philadelphia, Aspira, Inc. of Pennsylvania, Residents Advisory Board, Northeast Home and | United States District Court for the Eastern District of Pennsylvania |

| Case Caption | Court |
|---|---|
| School, Philadelphia Citizens for Children and Youth v. Beretta U.S.A. Corp., et al. | United States Court of Appeals for the Third Circuit |
| Iris Prosper, as Guardian ad Litem for Erica Prosper, Yessina Prosper, April Prosper, and Iris Prosper Individually v. Accu-Tek, et al. | United States District Court, Eastern District of New York |
| Kim Ricchueto, Administratrix of the Estate of Raymond M. Ricchueto, Deceased v. Beretta U.S.A. Corp., et al. | Supreme Court of the State of New York, County of Monroe |
| City of St. Louis, Missouri, A Municipal Corporation v. Henry J. Cernicek, et al. | In the Circuit Court of the City of St. Louis, Missouri, 22nd Judicial Circuit, Division 1<br><br>In the United States District Court for the Eastern District of Missouri<br><br>In the Circuit Court of the County of St. Louis, Missouri |
| The People of the State of California, by and through San Francisco City Attorney Louise H. Renne, Berkeley City Attorney Manuela Albuquerque, Sacramento City Attorney Samuel L. Jackson, San Mateo County Counsel Thomas F. Casey, III, Oakland City Attorney Jayne W. Williams, and East Palo Alto City Attorney Michael S. Lawson, Joe Serna, Jr., Mayor of Sacramento, the City of Berkeley, the City of Oakland, the City of East Palo Alto, and the County of Alameda, on behalf of the general public v. Arcadia Machine & Tool, Inc., et al. | Superior Court of the State of California, County of San Diego |
| Obrellia Smith, Special Administrator of the Estate of Salada Smith, Deceased, individually and on behalf of a class of similarly situated persons; Rasell Bowman, Special Administrator of the Estate of Willie Lee Lomax, III, Deceased, individually and on behalf of a class of similarly situated persons v. Navegar, Inc., d/b/a Intratec Firearms, et al. | In the Circuit Court of Cook County, Illinois, County Department, Law Division<br><br>In the Appellate Court of Illinois First District- Third Division |
| Janice Sweeting, as Administratrix of the Estate of Kyle Niger Sweeting, Deceased, and Individually v. A.A. Arms, Inc., et al. | United States District Court, Eastern District of New York |
| Laura Wallace, Individually and as representative | In the Superior Court for the District of |

13

| Case Caption | Court |
|---|---|
| of the Estate of Andre Wallace, and Madilia R. Marsh-Williams, Individually, and as representative of the Estate of Natasha Marsh, and Ahmad Vaughan, and Avery Blue, and Gregory Ferguson v. Beretta U.S.A. Corp., et al. | Columbia Civil Division |
| Edward H. McNamara, Wayne County Executive, John D. O'Hair, Wayne County Prosecuting Attorney, Ricardo Solomon, Chairman of the Wayne County Commission, Edna Bell, Chairman of the Public Safety Committee of the Wayne County Commission, Robert Blackwell, Wayne County Commissioner, Wayne County, a political subdivision of the State of Michigan v. Arms Technology, Inc., et al. | In the Circuit Court of Wayne County, Michigan<br><br>Court of Appeals, State of Michigan |
| Mayor James H. Sills, Jr., and The City of Wilmington v. Smith & Wesson Corp., et al. | In the Superior Court of the State of Delaware, In and For New Castle County |
| Stephen Young, Special Administrator of the Estate of Andrew Young, individually and on behalf of a class of similarly situated persons, Arlene Macias, Special Administrator of the Estate of Miguel Macias, individually and behalf of a class of similarly situated persons v. Bryco Arms, et al. | In the Circuit Court of Cook County, Illinois, County Department, Law Division<br><br>In the Appellate Court of Illinois First District- Third Division<br><br>In the Supreme Court of Illinois |