UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & WESSON CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Defendant. | Civil Action Case No. 3:04-CV-30063 <br><br> **NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P 41(a)(1)(i), the plaintiff, Smith & Wesson Corp., hereby requests that the Court dismiss this action without prejudice.

Dated: July 23, 2004

The Plaintiff
SMITH & WESSON CORP.
By Its Attorneys:

_____
Deborah D. Ferriter, BBO No. 568179
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: (413) 781-2820 / Fax: (413) 272-6804

Of Counsel:
William J. Wright, Jr., Esq.
LAW OFFICES OF WILLIAM J. WRIGHT, JR.
37 Elm Street, Suite 5
Westfield, New Jersey 07090
(908) 233-5055